**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeffrey A. PLEASANT, a/k/a Jeffrey A.**
**Pleasants, Defendant–Appellant.**

**No. 02–7232.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 25, 2002.

Jeffrey A. Pleasant, Appellant Pro Se. Stephen Wiley Miller, Shannon Leigh Tay- lor, Office of the United States Attorney, Richmond, Virginia, for Appellee.

910

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jeffrey A. Pleasant appeals the district court's order denying his Motion to Release All Documented Information Relevant to Criminal Indictment in Custody and Care of the Richmond Police Department. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Pleasant,* Nos. CR–00–71; CA–02–567–3 (E.D. Va. filed Aug. 6, 2002 & entered Aug. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*